**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ATILA BRAZ DA SILVA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **ERIKA ESTRADA,** *Assistant Field Office* | § | |
| *Director, El Paso Service Processing Center*; | § | |
| **MARY DE-ANDA-YBARRA,** *Field Office* | § | **EP-26-CV-01324-DCG** |
| *Director, El Paso, Texas*; | § | |
| **MARKWAYNE MULLIN,** *Secretary of the* | § | |
| *Department of Homeland Security*; **and** | § | |
| **TODD BLANCHE,** *Acting Attorney* | § | |
| *General of the United States*; | § | |
| | § | |
| *Respondents.* | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 18, 2026, the Court ordered *pro se* Petitioner Atila Braz Da Silva to take one of

the following actions by July 13, 2026:

(1)    "pay the applicable filing fee;" or

(2)    "file a corrected [*in forma pauperis* ("IFP")] application that answers all of
        the questions on the application form."[1]

The Court warned Petitioner that it would "consider dismissing this case for want of

prosecution" if he failed to do either of those things by the deadline.[2]

---

[1] Order, ECF No. 11, at 2.

[2] *Id.*

   *See also* FED. R. CIV. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); *Nat. Gas Pipeline Co. of Am. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993) ("[A] district court has inherent power to dismiss a case *sua sponte* for failure to prosecute, even though Federal Rule 41(b) only provides for such dismissal on a defendant's motion."); *Joe v. Stickney*, No. 3:17-cv-2374, 2017 WL 7000282, at *2 (N.D. Tex. Dec. 29, 2017) ("Rule 41(b) generally applies to habeas proceedings."), *report and recommendation accepted by* 2018 DCL 501587 (N.D. Tex. Jan. 19, 2018).

The July 13, 2026 deadline has now expired, yet Petitioner has neither paid the filing fee nor filed a corrected IFP application.

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

The Clerk of Court **SHALL MAIL** this Order to:

Atila Braz Da Silva
El Paso Service Processing Center
8915 Montana Avenue
El Paso, TX 79925

**So ORDERED and SIGNED this 14th day of July 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

- 2 -